# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

     Plaintiff

v.

Darnell Maurice Smith,

     Defendant

Case No.: 2:14-cr-0012-JAD-NJK

**Order Denying Motion
to Reinforce Judgment**

[ECF No. 55]

     Defendant Darnell Maurice Smith was sentenced to eight months in the custody of the Bureau of Prisons (BOP) after his supervised release was revoked.[1]  In the judgment, the Court recommended that Smith be designated to FCI Butner or another medical facility,[2] but Smith reports that the BOP sent him to FCI Victorville, which lacks medical facilities for his needs.[3] Smith moves the Court to "reinforce the previous Judgment given so that [he] could be designated to a FCI Institution [that] can fulfill [his] medical needs . . . ."[4]

     But Smith's request is based on a misunderstanding.  He believes that "the Court ordered that Mr. Smith be designated to" a particular facility, when the Court merely *recommended* that designation.  Indeed, the Court lacks the power to "order" the BOP to place a prisoner anywhere in particular because federal law gives the BOP the discretion to determine where to place an

---

[1] ECF No. 54.

[2] *Id.*

[3] ECF No. 55.

[4] *Id.*

inmate.[5]  At most, the Court can recommend a facility, but the BOP does not have to follow that recommendation.

Because this Court did not—and could not—"order" the BOP to place Smith at FCI Butner or another appropriate medical facility, IT IS HEREBY ORDERED that Smith's Motion to Reinforce Judgment **[ECF No. 55] is DENIED.**

Dated: October 18, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[5] 18 U.S.C. § 3621(b).